**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF NEVADA

Case number *(if known)* _____    Chapter __11__

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/20

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **AIRWIRE TECHNOLOGIES** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **75-3017832** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **9670 GATEWAY DRIVE**<br>**#250**<br>**Reno, NV 89521**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Washoe**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **AIRWIRE TECHNOLOGIES**
Name

| | |
|---|---|
| **7.** | **Describe debtor's business** |

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

| | |
|---|---|
| **8.** | **Under which chapter of the Bankruptcy Code is the debtor filing?** |

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

| | |
|---|---|
| **9.** | **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?** If more than 2 cases, attach a separate list. |

■ No.

☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | _____ | | _____ | | _____ | |
| | _____ | | _____ | | _____ | |

Debtor    **AIRWIRE TECHNOLOGIES**                                    Case number (*if known*) _____
          Name

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | |
|---|---|
| Debtor _____ | Relationship _____ |
| District _____ When _____ | Case number, if known _____ |

**11.** **Why is the case filed in *this district*?**    *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                           Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.    Insurance agency _____
           Contact name _____
           Phone _____

---

**Statistical and administrative information**

**13.** **Debtor's estimation of available funds**    .    *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor    **AIRWIRE TECHNOLOGIES**
Name

Case number (*if known*)

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor   **AIRWIRE TECHNOLOGIES**                                          Case number (*if known*) _____
_____
Name

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **April 24, 2021**
                    MM / DD / YYYY

**X** **/s/ DEBASHIS BAGCHI**                              **DEBASHIS BAGCHI**
Signature of authorized representative of debtor          Printed name

Title   **PRESIDENT**

**18. Signature of attorney**

**X** **/s/ STEPHEN R. HARRIS**                    Date **April 24, 2021**
Signature of attorney for debtor                         MM / DD / YYYY

**STEPHEN R. HARRIS**
Printed name

**HARRIS LAW PRACTICE LLC**
Firm name

**6151 LAKESIDE DRIVE**
**SUITE 2100**
**Reno, NV 89511**
Number, Street, City, State & ZIP Code

Contact phone   **775-786-7600**        Email address   **steve@harrislawreno.com**

**001463 NV**
Bar number and State

**Fill in this information to identify the case:**

Debtor name  **AIRWIRE TECHNOLOGIES**

United States Bankruptcy Court for the:  DISTRICT OF NEVADA

Case number (if known)  _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors  **12/15**

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐  *Schedule H: Codebtors* (Official Form 206H)
☐  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐  Amended *Schedule*
■  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐  Other document that requires a declaration  _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **April 24, 2021**          X **/s/ DEBASHIS BAGCHI**
                                          Signature of individual signing on behalf of debtor

                                          **DEBASHIS BAGCHI**
                                          Printed name

                                          **PRESIDENT**
                                          Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name  **AIRWIRE TECHNOLOGIES**

United States Bankruptcy Court for the:  **DISTRICT OF NEVADA**

Case number (if known):  _____

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| AMELIO, A.<br>5955 LAKE GENEVA DRIVE<br>Reno, NV 89511 | | NOTE | | | | $365,505.86 |
| BERNDT, R.<br>2250 QUARTON ROAD<br>Bloomfield Hills, MI 48304 | | NOTE | | | | $868,077.81 |
| CLADIANOS, P.<br>50 LIBERTY STREET<br>STE 950<br>Reno, NV 89501 | | NOTE | | | | $135,923.66 |
| EDELSON, HARRY<br>300 TICE BLVD<br>Woodcliff Lake, NJ 07677 | | NOTE | | | | $178,344.99 |
| GEDDES, A.<br>227 AUSTRALIAN AVE.<br>APT 4E<br>Palm Beach, FL 33480 | | NOTE | | | | $102,695.95 |
| GONZALEZ, G.<br>203 PARKHURST LANE<br>Allen, TX 75013 | | WAGES | | | | $262,500.00 |
| GOOGLE INC. DEPT 33654<br>PO 3900<br>San Francisco, CA 94139 | | GOODS/ SERVICES | | | | $296,327.84 |
| GSMA<br>1000 ABERNATHY ROAD<br>STE 450<br>Atlanta, GA 30328 | | GOODS/ SERVICES | | | | $98,204.47 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor  **AIRWIRE TECHNOLOGIES**  _____   Case number *(if known)*  _____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **IBM CORPORATION PO BOX 676673 Dallas, TX 75267** | | **GOODS/ SERVICES** | | | | **$362,768.47** |
| **LAW OFFICES OF CHARLES R. ZEH 50 W. LIBERTY STREET STE 950 Reno, NV 89501** | | **LEGAL SERVICES** | | | | **$318,853.13** |
| **MATORELL, J. 9900 WILBUR MAY PARKWAY APT. 2704 Reno, NV 89521** | | **WAGES** | | | | **$946,130.00** |
| **OBEROI, A. 330 CRESCENT VILLAGE CIRCLE SUITE 1345 San Jose, CA 95134** | | **WAGES** | | | | **$311,000.00** |
| **SASKEN COMM TECH FIN PO BOX 29 FIN 69601 KAUSTINEN FINLAND** | | **GOODS/ SERVICES** | | | | **$438,659.70** |
| **SCHROEDER, M. 600 FIFTH AVENUE SOUTH STE 210 Naples, FL 34102** | | **NOTE** | | | | **$371,944.66** |
| **SEQUANS COMMUNICATIONS 1-55 BLVD CHARLES DE GAULLE 927 COLOMBES, FRANCE** | | **GOODS/ SERVICES** | | | | **$200,000.00** |
| **SMARTCAR, INC. 1001 N. RENGSTORFF AVE STE 200 Mountain View, CA 94043** | | **GOODS/ SERVICES** | | | | **$200,000.00** |
| **SUBODH SAXENA 1305-6 SEVILLA RAHJA EXOCTICA MADH ISLAND MUMBAI 400061 INDIA** | | **GOODS/ SERVICES** | | | | **$219,781.00** |
| **WEATHERFIELD, T. 1630 LEES LANE Auburn, CA 95603** | | **NOTE** | | | | **$82,872.21** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor  **AIRWIRE TECHNOLOGIES**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **WOLF, F.**<br>**7680 SOFT WINDS DRIVE**<br>**Reno, NV 89506** | | **WAGES** | | | | **$262,500.00** |
| **WOODMAN, D.**<br>**233 MOCKINGBIRD TRAIL**<br>**Palm Beach, FL 33480** | | **NOTE** | | | | **$761,184.44** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of Nevada

In re   **AIRWIRE TECHNOLOGIES** _____    Case No. _____

_____ Debtor(s)    Chapter    **11** _____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **Actual Fees/Costs** |
| Prior to the filing of this statement I have received | $ | **10,000.00** |
| Balance Due | $ | **Unknown** |

2.  The source of the compensation paid to me was:

☑ Debtor paid $4,000.00    ☑ Other (specify): Debashis Bagchi paid $6,000.00

3.  The source of compensation to be paid to me is:

☑ Debtor    ☐ Other (specify):

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**April 23, 2021** _____    **/s/ STEPHEN R. HARRIS** _____
_Date_    **STEPHEN R. HARRIS**
_Signature of Attorney_
**HARRIS LAW PRACTICE LLC**
**6151 LAKESIDE DRIVE**
**SUITE 2100**
**Reno, NV 89511**
**775-786-7600  Fax: 775-786-7764**
**steve@harrislawreno.com** _____
_Name of law firm_

---

# United States Bankruptcy Court
## District of Nevada

In re    **AIRWIRE TECHNOLOGIES**

Debtor(s)

Case No.

Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **AMELIO, GIL**<br>**2821 SETTING SUN DRIVE**<br>**Corona Del Mar, CA 92625** | **COMMON** | **3,718,959** | **STOCK** |
| **AMELIO, GIL**<br>**2821 SETTING SUN DRIVE**<br>**Corona Del Mar, CA 92625** | **PREFERRED SERIES D** | **21,447** | **STOCK** |
| **ANDREA L. SCHROEDER**<br>**2016 FAMILY TRUST DATED 1/22/2016**<br>**641 PINE COURT**<br>**Naples, FL 34102** | **COMMON** | **1,000,000** | **STOCK** |
| **BAGCHI, DEBASHIS**<br>**1525 SUTTERBROOK WAY**<br>**Reno, NV 89521** | **COMMON** | **3,500,000** | **STOCK** |
| **BENGSTON FAMILY TRUST**<br>**2370 SOLARI DR.**<br>**Reno, NV 89509** | **COMMON** | **5,622,762** | **STOCK** |
| **BENGSTON FAMILY TRUST**<br>**2370 SOLARI DR.**<br>**Reno, NV 89509** | **PREFERRED SERIES A** | **963,984** | **STOCK** |
| **BENGSTON FAMILY TRUST**<br>**2370 SOLARI DR.**<br>**Reno, NV 89509** | **PREFERRED SERIES D** | **147,345** | **STOCK** |
| **BENGSTON, JON**<br>**2370 SOLARI DR.**<br>**Reno, NV 89509** | **COMMON** | **1,500,000** | **STOCK** |
| **BERNDT, RICHARD TRUSTEE OF THE R. BERNDT**<br>**LIVIGN TRUST U/A 11-20-84**<br>**2250 QUARTON ROAD**<br>**Bloomfield Hills, MI 48304** | **COMMON** | **4,377,615** | **STOCK** |
| **BERNDT, RICHARD TRUSTEE OF THE R. BERNDT**<br>**LIVIGN TRUST U/A 11-20-84**<br>**2250 QUARTON ROAD**<br>**Bloomfield Hills, MI 48304** | **PREFERRED SERIES D** | **53,945** | **STOCK** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re:  **AIRWIRE TECHNOLOGIES** _____    Case No. _____
Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **BURGESS, WAYNE**<br>**2488 W. CEZANNE CIR.**<br>**Tucson, AZ 85741** | **COMMON** | **15,000** | **STOCK** |
| **BUSCHELMAN, MICHAEL AND CHERYL, TRUSTEES**<br>**UNDER THE BUSCHELMAN FAMILY TRUST**<br>**DATED JUNE 3, 2003**<br>**PO BOX 51371**<br>**Sparks, NV 89435** | **PREFERRED SERIES B** | **25,000** | **STOCK** |
| **BUSCHELMAN, MICHAEL AND CHERYL, TRUSTEES**<br>**UNDER THE BUSCHELMAN FAMILY TRUST**<br>**DATED JUNE 3, 2003**<br>**PO BOX 51371**<br>**Sparks, NV 89435** | **PREFERRED SERIES A** | **101,191** | **STOCK** |
| **BUSCHELMAN, MICHAEL AND CHERYL, TRUSTEES**<br>**UNDER THE BUSCHELMAN FAMILY TRUST**<br>**DATED JUNE 3, 2003**<br>**PO BOX 51371**<br>**Sparks, NV 89435** | **PREFERRED SERIES D** | **14,080** | **STOCK** |
| **BUSCHELMAN, MICHAEL AND CHERYL, TRUSTEES**<br>**UNDER THE BUSCHELMAN FAMILY TRUST**<br>**DATED JUNE 3, 2003**<br>**PO BOX 51371**<br>**Sparks, NV 89435** | **COMMON** | **642,049** | **STOCK** |
| **CAPURRO, KEITH AND JENNIFER**<br>**643 JOHN FREMONT DRIVE**<br>**Reno, NV 89509** | **COMMON** | **232,750** | **STOCK** |
| **CAPURRO, KEITH AND JENNIFER**<br>**643 JOHN FREMONT DRIVE**<br>**Reno, NV 89509** | **PREFERRED SERIES D** | **33,250** | **STOCK** |
| **CLADIANOS III, PETE**<br>**1755 BACK NINE TRAIL**<br>**Reno, NV 89523** | **COMMON** | **4,267,351** | **STOCK** |
| **CLADIANOS III, PETE**<br>**1755 BACK NINE TRAIL**<br>**Reno, NV 89523** | **PREFERRED SERIES B** | **10,000** | **STOCK** |

In re:  **AIRWIRE TECHNOLOGIES** _____  Case No. _____

Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **CLADIANOS III, PETE** **1755 BACK NINE TRAIL** **Reno, NV 89523** | **PREFERRED SERIES D** | **73,193** | **STOCK** |
| **CLADIANOS, ALLISON** **1755 BACK NINE TRAIL** **Reno, NV 89523** | **COMMON** | **100,000** | **STOCK** |
| **CLADIANOS, BRADLEY** **1755 BACK NINE TRAIL** **Reno, NV 89523** | **COMMON** | **100,000** | **STOCK** |
| **CLADIANOS, RENATTA** **1755 BACK NINE TRAIL** **Reno, NV 89523** | **COMMON** | **200,000** | **STOCK** |
| **CONSTITUTION MANAGEMENT CO. INC.** **ADDRESS UNKNOWN** | **COMMON** | **175,000** | **STOCK** |
| **CONSTITUTION MANAGEMENT CO. INC.** **ADDRESS UNKNOWN** | **PREFERRED SERIES D** | **25,000** | **STOCK** |
| **CORDOVA, JON** **766 DUCANVILE CT** **Campbell, CA 95008** | **COMMON** | **250,000** | **STOCK** |
| **CORDOVA, JON** **766 DUCANVILE CT** **Campbell, CA 95008** | **PREFERRED SERIES A** | **82,235** | **STOCK** |
| **CUNEO, DENNIS** **ADDRESS UNKNOWN** | **COMMON** | **88,515** | **STOCK** |
| **CUNEO, DENNIS** **ADDRESS UNKNOWN** | **PREFERRED SERIES D** | **12,645** | **STOCK** |
| **DALE, ERIC** **97 SOUTH SHORE ROAD** **Little Compton, RI 02837** | **COMMON** | **44,380** | **STOCK** |
| **DALE, ERIC** **97 SOUTH SHORE ROAD** **Little Compton, RI 02837** | **PREFERRED SERIES D** | **6,340** | **STOCK** |
| **DAVIDS, ROBERT** **2572 EDGEROCK ROAD** **Reno, NV 89519** | **COMMON** | **500,000** | **STOCK** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re:   **AIRWIRE TECHNOLOGIES** _____   Case No. _____

Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **DAVIDS, ROBERT**<br>**2572 EDGEROCK ROAD**<br>**Reno, NV 89519** | **PREFERRED SERIES A** | **255,298** | **STOCK** |
| **DAVIS, JAMES**<br>**1170 ROCK BLVD.**<br>**STE 2**<br>**Reno, NV 89502** | **COMMON** | **172,400** | **STOCK** |
| **DZIURDA, FRANK AND KATHLEEN**<br>**225 W. COYOTE DR.**<br>**Washoe Valley, NV 89704** | **COMMON** | **50,000** | **STOCK** |
| **DZIURDA, FRANK AND KATHLEEN**<br>**225 W. COYOTE DR.**<br>**Washoe Valley, NV 89704** | **PREFERRED SERIES A** | **48,284** | **STOCK** |
| **EDELSON, HARRY**<br>**412**<br>**BRAEBURN ROAD**<br>**Ho Ho Kus, NJ 07423** | **COMMON** | **12,525,000** | **STOCK** |
| **EDELSON, HARRY**<br>**412**<br>**BRAEBURN ROAD**<br>**Ho Ho Kus, NJ 07423** | **PREFERRED SERIES D** | **75,000** | **STOCK** |
| **FABBRI, LUCA**<br>**11421 MARKS DRIVE**<br>**Conifer, CO 80433** | **COMMON** | **5,000** | **STOCK** |
| **FOLTZ, CHARLES D.**<br>**TRUSTEE OF THE FOLTZ 2011 REVOCABLE TR**<br>**ADDRESS UNKNOWN** | **COMMON** | **177,128** | **STOCK** |
| **FOLTZ, CHARLES D.**<br>**TRUSTEE OF THE FOLTZ 2011 REVOCABLE TR**<br>**ADDRESS UNKNOWN** | **PREFERRED SERIES D** | **25,304** | **STOCK** |
| **GEDDES, ANNETTE**<br>**227 AUSTRALIAN AVE.**<br>**APT. 4E**<br>**Palm Beach, FL 33480** | **COMMON** | **3,031,478** | **STOCK** |

In re:  **AIRWIRE TECHNOLOGIES** _____     Case No. _____
                                              Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **GEDDES, ANNETTE**<br>**227 AUSTRALIAN AVE.**<br>**APT. 4E**<br>**Palm Beach, FL 33480** | **PREFERRED SERIES D** | **27,354** | **STOCK** |
| **GOETZ, JOHN**<br>**5348 NEWTON AVENUE S.**<br>**Minneapolis, MN 55419** | **COMMON** | **10,000** | **STOCK** |
| **GOETZ, JOHN**<br>**5348 NEWTON AVENUE S.**<br>**Minneapolis, MN 55419** | **PREFERRED SERIES A** | **4,861** | **STOCK** |
| **GOETZ, JOHN**<br>**5348 NEWTON AVENUE S.**<br>**Minneapolis, MN 55419** | **PREFERRED SERIES B** | **10,000** | **STOCK** |
| **GROGAN, ALLEN**<br>**8637 ALLENWOOD ROAD**<br>**Los Angeles, CA 90046** | **COMMON** | **50,000** | **STOCK** |
| **GRYZMALA, ROBERT**<br>**299 MILWAUKEE STREET**<br>**STE 300**<br>**Denver, CO 80206** | **COMMON** | **350,000** | **STOCK** |
| **GRYZMALA, ROBERT**<br>**299 MILWAUKEE STREET**<br>**STE 300**<br>**Denver, CO 80206** | **PREFERRED SERIES D** | **50,000** | **STOCK** |
| **JANVARY, ANTONIA**<br>**16435 SNOW FLOWER DRIVE**<br>**Reno, NV 89511** | **COMMON** | **441,545** | **STOCK** |
| **JANVARY, ANTONIA**<br>**16435 SNOW FLOWER DRIVE**<br>**Reno, NV 89511** | **PREFERRED SERIES B** | **10,000** | **STOCK** |
| **JANVARY, ANTONIA**<br>**16435 SNOW FLOWER DRIVE**<br>**Reno, NV 89511** | **PREFERRED SERIES D** | **5,935** | **STOCK** |
| **JOHNSON, RICHARD**<br>**ADDRESS UNKNOWN** | **COMMON** | **750,000** | **STOCK** |

List of equity security holders consists of 12 total page(s)

In re:  **AIRWIRE TECHNOLOGIES** _____  Case No. _____

                                    Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **JOSTROM, ERIC**<br>**53 S. MAIN STREET**<br>**Ipswich, MA 01938** | **COMMON** | **654.999** | **STOCK** |
| **JOSTROM, ERIC**<br>**53 S. MAIN STREET**<br>**Ipswich, MA 01938** | **PREFERRED SERIES D** | **7,857** | **STOCK** |
| **KAZMIERSKI, MICHAEL**<br>**5215 BELLAZZA COURT**<br>**Reno, NV 89519** | **COMMON** | **88,200** | **STOCK** |
| **KAZMIERSKI, MICHAEL**<br>**5215 BELLAZZA COURT**<br>**Reno, NV 89519** | **PREFERRED SERIES D** | **12,600** | **STOCK** |
| **KUDU, LLC**<br>**5690 RIGGINS CT.**<br>**Reno, NV 89502** | **COMMON** | **50,000** | **STOCK** |
| **KUDU, LLC**<br>**5690 RIGGINS CT.**<br>**Reno, NV 89502** | **PREFERRED SERIES A** | **107,298** | **STOCK** |
| **KUDU, LLC**<br>**5690 RIGGINS CT.**<br>**Reno, NV 89502** | **PREFERRED SERIES B** | **60,000** | **STOCK** |
| **LAURO, GEORGE**<br>**14625 ALOHA AVENUE**<br>**Saratoga, CA 95070** | **COMMON** | **10,000** | **STOCK** |
| **LAURO, GEORGE**<br>**14625 ALOHA AVENUE**<br>**Saratoga, CA 95070** | **PREFERRED SERIES A** | **21,939** | **STOCK** |
| **MOORE, DENYSE**<br>**2371 ROMAN DRIVE**<br>**Sparks, NV 89434** | **COMMON** | **5,000** | **STOCK** |
| **MOORE, DENYSE**<br>**2371 ROMAN DRIVE**<br>**Sparks, NV 89434** | **PREFERRED SERIES A** | **2,430** | **STOCK** |
| **PAULSEN, CRAIG AND GINGER**<br>**1350 MONTE VISTA DRIVE**<br>**Reno, NV 89511** | **COMMON** | **461,753** | **STOCK** |

List of equity security holders consists of 12 total page(s)

In re:    **AIRWIRE TECHNOLOGIES** _____          Case No. _____
                                        Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **PAULSEN, CRAIG AND GINGER**<br>**1350 MONTE VISTA DRIVE**<br>**Reno, NV 89511** | **PREFERRED SERIES A** | **104,112** | **STOCK** |
| **PAULSEN, CRAIG AND GINGER**<br>**1350 MONTE VISTA DRIVE**<br>**Reno, NV 89511** | **PREFERRED SERIES B** | **20,000** | **STOCK** |
| **PAULSEN, CRAIG AND GINGER**<br>**1350 MONTE VISTA DRIVE**<br>**Reno, NV 89511** | **PREFERED SERIES D** | **2,679** | **STOCK** |
| **RHE TRUST, ROGER ELTON TRUSTEE**<br>**PO BOX 2876**<br>**Reno, NV 89505** | **COMMON** | **29,949,230** | **STOCK** |
| **RHE TRUST, ROGER ELTON TRUSTEE**<br>**PO BOX 2876**<br>**Reno, NV 89505** | **PREFERRED SERIES A** | **200,000** | **STOCK** |
| **RHE TRUST, ROGER ELTON TRUSTEE**<br>**PO BOX 2876**<br>**Reno, NV 89505** | **PREFERRED SERIES B** | **800,000** | **STOCK** |
| **RHE TRUST, ROGER ELTON TRUSTEE**<br>**PO BOX 2876**<br>**Reno, NV 89505** | **PREFERRED SERIES D** | **100,000** | **STOCK** |
| **ROMERO, GLORIA**<br>**2901 JULIANN WAY**<br>**Reno, NV 89509** | **COMMON** | **200,000** | **STOCK** |
| **ROMERO, GLORIA**<br>**2901 JULIANN WAY**<br>**Reno, NV 89509** | **PREFERRED SERIES A** | **93,676** | **STOCK** |
| **ROMERO, MARCO**<br>**14295 CABALLERO COURT**<br>**Reno, NV 89511** | **COMMON** | **350,000** | **STOCK** |
| **ROMERO, MARCO**<br>**14295 CABALLERO COURT**<br>**Reno, NV 89511** | **PREFERRED SERIES A** | **135,427** | **STOCK** |
| **ROWE, JOHN AND VALERIE**<br>**300 CENTRAL PARK WEST**<br>**APT. 29G**<br>**New York, NY 10024** | **COMMON** | **5,480,501** | **STOCK** |

List of equity security holders consists of 12 total page(s)

In re:   **AIRWIRE TECHNOLOGIES** _____   Case No. _____
                                        Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **ROWE, JOHN AND VALERIE**<br>**300 CENTRAL PARK WEST**<br>**APT. 29G**<br>**New York, NY 10024** | **PREFERRED**<br>**SERIES C** | **961,538** | **STOCK** |
| **ROWE, JOHN AND VALERIE**<br>**300 CENTRAL PARK WEST**<br>**APT. 29G**<br>**New York, NY 10024** | **PREFERRED**<br>**SERIES D** | **68,643** | **STOCK** |
| **RUNGE, JAMES**<br>**10 APPALOOSA CIRCLE**<br>**Reno, NV 89508** | **COMMON** | **20,000** | **STOCK** |
| **SCHROEDER, DENNIS**<br>**11660 NIGHT HERON DRIVE**<br>**Naples, FL 34119** | **COMMON** | **478,423** | **STOCK** |
| **SCHROEDER, DENNIS**<br>**11660 NIGHT HERON DRIVE**<br>**Naples, FL 34119** | **PREFERRED**<br>**SERIES D** | **5,489** | **STOCK** |
| **SCHROEDER, DENNIS AND JUDTIH**<br>**11660 NIGHT HERON DRIVE**<br>**Naples, FL 34119** | **COMMON** | **1,587,955** | **STOCK** |
| **SCHROEDER, DENNIS AND JUDTIH**<br>**11660 NIGHT HERON DRIVE**<br>**Naples, FL 34119** | **PREFERRED**<br>**SERIES D** | **12,565** | **STOCK** |
| **SCHROEDER, DOUGLAS**<br>**5012 RIDGE ROAD**<br>**Minneapolis, MN 55436** | **COMMON** | **10,000** | **STOCK** |
| **SCHROEDER, JOHN**<br>**641 PINE COURT**<br>**Naples, FL 34102** | **COMMON** | **10,000** | **STOCK** |
| **SCHROEDER, JUDITH**<br>**11660 NIGHT HERON DRIVE**<br>**Naples, FL 34119** | **COMMON** | **318,977** | **STOCK** |
| **SCHROEDER, JUDITH**<br>**11660 NIGHT HERON DRIVE**<br>**Naples, FL 34119** | **PREFERRED**<br>**SERIES D** | **2,711** | **STOCK** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

In re:  **AIRWIRE TECHNOLOGIES** _____    Case No. _____
                                    Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **SCHROEDER, LAUREN**<br>**320 FAIRFIELD DR.**<br>**State College, PA 16801** | **COMMON** | **10,000** | **STOCK** |
| **SCHROEDER, LINDSAY**<br>**3720 SCOTT STREET**<br>**#204**<br>**San Francisco, CA 94123** | **COMMON** | **10,000** | **STOCK** |
| **SCHROEDER, LISA**<br>**320 FAIRFIELD DR.**<br>**State College, PA 16801** | **COMMON** | **10,000** | **STOCK** |
| **SCHROEDER, MICHAEL TRUSTEE OF THE**<br>**MICHAEL SCHROEDER TRUST UAD 3/6/09**<br>**641 PINE CT.**<br>**Naples, FL 34102** | **COMMON** | **92,960** | **STOCK** |
| **SCHROEDER, MICHAEL TRUSTEE OF THE**<br>**MICHAEL SCHROEDER TRUST UAD 3/6/09**<br>**641 PINE CT.**<br>**Naples, FL 34102** | **PREFERRED**<br>**SERIES D** | **13,280** | **STOCK** |
| **SCHROEDER, STEVEN**<br>**403-33RD AVE. NORTH**<br>**Myrtle Beach, SC 29577** | **COMMON** | **10,000** | **STOCK** |
| **SILVA, GREG AND JILL**<br>**1603 TAOS LANE**<br>**Reno, NV 89511** | **COMMON** | **437,500** | **STOCK** |
| **SILVA, GREG AND JILL**<br>**1603 TAOS LANE**<br>**Reno, NV 89511** | **PREFERRED**<br>**SERIES A** | **103,742** | **STOCK** |
| **SILVA, GREG AND JILL**<br>**1603 TAOS LANE**<br>**Reno, NV 89511** | **PREFERRED**<br>**SERIES B** | **25,000** | **STOCK** |
| **SPOKOWSKI, WALTER**<br>**PO BOX 2427**<br>**East Falmouth, MA 02536** | **COMMON** | **1,640,105** | **STOCK** |
| **SPOKOWSKI, WALTER**<br>**PO BOX 2427**<br>**East Falmouth, MA 02536** | **PREFERRED**<br>**SERIES D** | **20,015** | **STOCK** |

In re:  **AIRWIRE TECHNOLOGIES** _____     Case No. _____
                                                    Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **STEVENS, GREGORY**<br>**10033 LAKE MIONA WAY**<br>**Oxford, FL 34484** | **COMMON** | **20,000** | **STOCK** |
| **STORMSURGE PARTNERS LLC**<br>**660 GLENCOE ROAD**<br>**Excelsior, MN 55331** | **COMMON** | **543,974** | **STOCK** |
| **STORMSURGE PARTNERS LLC**<br>**660 GLENCOE ROAD**<br>**Excelsior, MN 55331** | **PREFERRED**<br>**SERIES D** | **6,282** | **STOCK** |
| **TAVORMINA, JOSEPH**<br>**ADDRESS UNKNOWN** | **COMMON** | **5,000** | **STOCK** |
| **THE LAW OFFICES OF CHARLES R. ZEH**<br>**50 WEST LIBERTY STREET**<br>**SUITE 950**<br>**Reno, NV 89501** | **COMMON** | **4,000,000** | **STOCK** |
| **THIEWES, DANIEL**<br>**2740 FOUNTAIN VIEW CIRCLE**<br>**#207**<br>**Naples, FL 34109** | **COMMON** | **10,000** | **STOCK** |
| **THIEWES, LYNN**<br>**9916 BOCA CIRCLE**<br>**Naples, FL 34109** | **COMMON** | **10,000** | **STOCK** |
| **VAGUJHELYI, GEORGE**<br>**6833 OAK GRASS COURT**<br>**Reno, NV 89511** | **COMMON** | **262,500** | **STOCK** |
| **VAGUJHELYI, GEORGE**<br>**6833 OAK GRASS COURT**<br>**Reno, NV 89511** | **PREFERRED**<br>**SERIES D** | **37,500** | **STOCK** |
| **VLASEK, CHRISTOPHER**<br>**1755 BACK NINE TRAIL**<br>**Reno, NV 89523** | **COMMON** | **100,000** | **STOCK** |
| **WATTS GLOBAL LLC**<br>**555 WORTH AVENUE**<br>**APT #407**<br>**Palm Beach, FL 33480** | **COMMON** | **1,160,000** | **STOCK** |

In re:  **AIRWIRE TECHNOLOGIES** _____    Case No. _____
Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **WATTS, BRUCE**<br>**781 CRANDON BLVD**<br>**UNIT 105**<br>**Key Biscayne, FL 33149** | **COMMON** | **400,000** | **STOCK** |
| **WATTS, SUSAN**<br>**555 WORTH AVENUE**<br>**APT #407**<br>**Palm Beach, FL 33480** | **COMMON** | **548,524** | **STOCK** |
| **WATTS, SUSAN**<br>**555 WORTH AVENUE**<br>**APT #407**<br>**Palm Beach, FL 33480** | **PREFERRED**<br>**SERIES D** | **6,932** | **STOCK** |
| **WIERSMA, DEREK**<br>**38859 SUMMIT ROCK LANE**<br>**Murrieta, CA 92563** | **COMMON** | **3,406,566** | **STOCK** |
| **WIERSMA, DEREK**<br>**38859 SUMMIT ROCK LANE**<br>**Murrieta, CA 92563** | **PREFERRED**<br>**SERIES D** | **66,118** | **STOCK** |
| **WIERSMA, DEREK TRUSTEE OF THE WIERSMA**<br>**FAMILY REVOCABLE TRUST**<br>**38859 SUMMIT ROCK LANE**<br>**Murrieta, CA 92563** | **COMMON** | **302,140** | **STOCK** |
| **WIERSMA, DEREK TRUSTEE OF THE WIERSMA**<br>**FAMILY REVOCABLE TRUST**<br>**38859 SUMMIT ROCK LANE**<br>**Murrieta, CA 92563** | **PREFERRED**<br>**SERIES B** | **40,000** | **STOCK** |
| **WILDE, STEVE**<br>**127 MACKLIN DRIVE**<br>**Cotati, CA 94931** | **COMMON** | **100,000** | **STOCK** |
| **WOLF, FORREST AND ROBIN**<br>**ADDRESS UNKNOWN** | **COMMON** | **430,000** | **STOCK** |
| **WOLF, FORREST AND ROBIN**<br>**ADDRESS UNKNOWN** | **PREFERRED**<br>**SERIES A** | **125,677** | **STOCK** |
| **WOODMAN, DEAN**<br>**233 MOCKINGBIRD TRAIL**<br>**Palm Beach, FL 33480** | **COMMON** | **6,125,000** | **STOCK** |

List of equity security holders consists of 12 total page(s)

In re:    **AIRWIRE TECHNOLOGIES**_____    Case No. _____

_____
                    Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **WOODMAN, DEAN**<br>**233 MOCKINGBIRD TRAIL**<br>**Palm Beach, FL 33480** | **PREFERRED SERIES D** | **875,000** | **STOCK** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **PRESIDENT** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **April 24, 2021**_____    Signature    **/s/ DEBASHIS BAGCHI**_____
                                                        **DEBASHIS BAGCHI**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

List of equity security holders consists of 12 total page(s)

# United States Bankruptcy Court
### District of Nevada

In re  **AIRWIRE TECHNOLOGIES**

Debtor(s)

Case No.

Chapter  **11**

# VERIFICATION OF CREDITOR MATRIX

I, the PRESIDENT of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **April 24, 2021**

**/s/ DEBASHIS BAGCHI**
**DEBASHIS BAGCHI/PRESIDENT**
Signer/Title

AIRWIRE TECHNOLOGIES
9670 GATEWAY DRIVE
#250
RENO, NV 89521

STEPHEN R. HARRIS
HARRIS LAW PRACTICE LLC
6151 LAKESIDE DRIVE
SUITE 2100
RENO, NV 89511

INTERNAL REVENUE SERVICE
P O BOX 7346
PHILADELPHIA, PA 19101-7346

NEVADA DEPARTMENT OF MOTOR VEHICLES
LEGAL DIVISION
855 WRIGHT WAY
CARSON CITY, NV 89711

NEVADA DEPARTMENT OF TAXATION
BANKRUPTCY SECTION
555 E. WASHINGTON
STE 1300
LAS VEGAS, NV 89101

NEVADA LABOR COMMISSION
1818 E. COLLEGE DRIVE
#102
CARSON CITY, NV 89706

OFFICE OF THE UNITED STATES TRUSTEE
300 BOOTH STREET ROOM 3009
RENO, NV 89509

AMELIO, A.
5955 LAKE GENEVA DRIVE
RENO, NV 89511

AMELIO, GIL
2821 SETTING SUN DRIVE
CORONA DEL MAR, CA 92625

AMERICAN EXPRESS
PO BOX 981535
EL PASO, TX 79998

ANDREA L. SCHROEDER
2016 FAMILY TRUST DATED 1/22/2016
641 PINE COURT
NAPLES, FL 34102

BAGCHI, DEBASHIS
1525 SUTTERBROOK DRIVE
RENO, NV 89509

BAGCHI, DEBASHIS
1525 SUTTERBROOK WAY
RENO, NV 89521

BANK OF AMERICA
PO BOX 15284
WILMINGTON, DE 19850

BENGSTON FAMILY TRUST
2370 SOLARI DR.
RENO, NV 89509

BENGSTON, JON
2370 SOLARI DR.
RENO, NV 89509

BENGTSON FAMILY TRUST
2370 SOLARI DRIVE
RENO, NV 89509

BENGTSON, JON
2370 SOLARI DRIVE
RENO, NV 89509

BERNDT, R.
2250 QUARTON ROAD
BLOOMFIELD HILLS, MI 48304

BERNDT, RICHARD TRUSTEE OF THE R. BERNDT
LIVIGN TRUST U/A 11-20-84
2250 QUARTON ROAD
BLOOMFIELD HILLS, MI 48304

BOUSTEAD SECURITIES, LLC
6 VENTURE
STE 265
ANAHEIM, CA 92816

BURGARELLO ALARM
50 SNIDER WAY
SPARKS, NV 89431

BURGESS, WAYNE
2488 W. CEZANNE CIR.
TUCSON, AZ 85741

BUSCHELMAN, MICHAEL AND CHERYL, TRUSTEES
UNDER THE BUSCHELMAN FAMILY TRUST
DATED JUNE 3, 2003
PO BOX 51371
SPARKS, NV 89435

CAPURRO, KEITH AND JENNIFER
643 JOHN FREMONT DRIVE
RENO, NV 89509

```
CHORUS CALL, INC.
2420 MOSSIDE BLVD
MONROEVILLE, PA 15146

CLADIANOS III, PETE
1755 BACK NINE TRAIL
RENO, NV 89523

CLADIANOS, ALLISON
1755 BACK NINE TRAIL
RENO, NV 89523

CLADIANOS, BRADLEY
1755 BACK NINE TRAIL
RENO, NV 89523

CLADIANOS, P.
50 LIBERTY STREET
STE 950
RENO, NV 89501

CLADIANOS, RENATTA
1755 BACK NINE TRAIL
RENO, NV 89523

CLAUDE LAURENT
ALLE 3 9000
AALBORG DENMARK

COMPUTER SIMULATION TECHNOLOGY
BAD NEUHEIMER STREET
19 D-64289
DARMSTADT GERMANY

CONSTITUTION MANAGEMENT CO. INC.
ADDRESS UNKNOWN

CORDOVA, JON
766 DUCANVILE CT
CAMPBELL, CA 95008

CUNEO, DENNIS
ADDRESS UNKNOWN

DALE, ERIC
97 SOUTH SHORE ROAD
LITTLE COMPTON, RI 02837

DAVIDS, ROBERT
2572 EDGEROCK ROAD
RENO, NV 89519
```

```
DAVIS, JAMES
1170 ROCK BLVD.
STE 2
RENO, NV 89502

DIGI-KEY CORPORATION 1083534
PO BOX 250
THIEF RIVER FALLS, MN 56701

DUANE MORRIS, LLP
ATTN: PAYMENT PROCESSING
30 SOIUTH 17TH STREET
PHILADELPHIA, PA 19103

DUN & BRADSTREET
75 REMITTANCE DRIVE
STE 1793
CHICAGO, IL 60675

DZIURDA, FRANK AND KATHLEEN
225 W. COYOTE DR.
WASHOE VALLEY, NV 89704

EDELSON, HARRY
300 TICE BLVD
WOODCLIFF LAKE, NJ 07677

EDELSON, HARRY
412
BRAEBURN ROAD
HO HO KUS, NJ 07423

EGAN, R.
40 WEST PARK PALCE
UNIT 505
MORRISTOWN, NJ 07960

EXCELSIS
5335 KIETZKE LANE
#110
RENO, NV 89511

FABBRI, LUCA
11421 MARKS DRIVE
CONIFER, CO 80433

FIRST FLORIDA SECURITIES
11660 NIGHT HERON DRIVE
NAPLES, FL 34119

FNT CORPORATION
9780 HAFFLINGER LANE
RENO, NV 89521
```

```
FOLTZ, CHARLES D.
TRUSTEE OF THE FOLTZ 2011 REVOCABLE TR
ADDRESS UNKNOWN

GEDDES, A.
227 AUSTRALIAN AVE.
APT 4E
PALM BEACH, FL 33480

GEDDES, ANNETTE
227 AUSTRALIAN AVE.
APT. 4E
PALM BEACH, FL 33480

GILBERT AMELIO
5940 LAKE GENEVA ROAD
RENO, NV 89511

GOETZ, JOHN
5348 NEWTON AVENUE S.
MINNEAPOLIS, MN 55419

GONZALEZ, G.
203 PARKHURST LANE
ALLEN, TX 75013

GOOGLE INC. DEPT 33654
PO 3900
SAN FRANCISCO, CA 94139

GROGAN, ALLEN
8637 ALLENWOOD ROAD
LOS ANGELES, CA 90046

GRYZMALA, ROBERT
299 MILWAUKEE STREET
STE 300
DENVER, CO 80206

GSMA
1000 ABERNATHY ROAD
STE 450
ATLANTA, GA 30328

HAUSER
ADDRESS UNKNOWN

HOLLAND & HART LLP
5441 KIETZKE LANE
2ND FL
RENO, NV 89511

IBM CORPORATION
PO BOX 676673
DALLAS, TX 75267
```

```
JABIL CIRCUIT INDIA PRIVATE (EHTP UNIT)
MIDC INDUSTRIAL ARE RAJANGAON
PUNE 412220 INDIA

JAIME MARTORELL
1704 OAK CREEK DRIVE
APT 403
PALO ALTO, CA 94304

JAMES E. DAVIS
3300 KAUAI COURT
B-3
RENO, NV 89509

JANVARY, ANTONIA
16435 SNOW FLOWER DRIVE
RENO, NV 89511

JOHNSON, RICHARD
ADDRESS UNKNOWN

JOSTROM, ERIC
53 S. MAIN STREET
IPSWICH, MA 01938

KAZMIERSKI, MICHAEL
5215 BELLAZZA COURT
RENO, NV 89519

KENANDY INC.
303 TWIN DOLPHIN DRIVE
STE 500
REDWOOD CITY, CA 94065

KRAFT, G.
4540 ALPES WAY
RENO, NV 89511

KUDU, LLC
5690 RIGGINS CT.
RENO, NV 89502

KUNSHAN UNITED-CON ELCTRONIC CO. LTD
#289 WANGSHAN BEILU
KUNSHAN CITY, JIANGSU CHINA

LAURO, GEORGE
14625 ALOHA AVENUE
SARATOGA, CA 95070

LAW OFFICES OF CHARLES R. ZEH
50 W. LIBERTY STREET
STE 950
RENO, NV 89501
```

```
LIU SHEN & ASSOCIATES
PO BOX 9055
10TH FL BUILDING I 10
CAIHEFANG ROAD HAIDIAN DISTRICT
BEIJING 100080 CHINA

M30 STANDS CARRETERA DE LA SANTA
CREU DE CALAFELL 86 08830
SANT BOI DE LLOBREGAT
BARCELONA SPAIN

MARTORELL, J.
9900 WILBUR MAY PARKWAY
APT. 2704
RENO, NV 89521

MATORELL, J.
9900 WILBUR MAY PARKWAY
APT. 2704
RENO, NV 89521

MENTOR GRAPHICS CORPORATION
8005 SW BOECKMAN RD
WILSONVILLE, OR 97070

MISTRAL SOLUTIONS PVT LTD
#60 ADARSH REGENT
100 FT RING ROAD DOMLUR EXTENSION
BANGALORE 560071 INDIA

MITEL CLOUD SERVICES
28760 NETWORK PLACE
CHICAGO, IL 60673

MOORE, DENYSE
2371 ROMAN DRIVE
SPARKS, NV 89434

NISHITH DESAI ASSOCIATES
SILICON VALLEY OFFICE
220 CALIFORNIA AVE., STE 201
PALO ALTO, CA 94306

OBEROI, A.
330 CRESCENT VILLAGE CIRCLE
SUITE 1345
SAN JOSE, CA 95134

ORLANDO CUETER
16711 COLLINS AVE.
APT. 1704
NORTH MIAMI BEACH, FL 33160
```

PAULSEN, CRAIG AND GINGER
1350 MONTE VISTA DRIVE
RENO, NV 89511

PAYSCALE INC.
75 REMITTANCE DR.
DEPT 1343
CHICAGO, IL 60675

PHILLIPS, R.
5660 FLORET CIRCLE
RENO, NV 89511

POLSINNELLI
THREE EMBARCADERO CENTER
STE 2400
SAN FRANCISCO, CA 94111

RED ROCK SPRING WATER
145 ICEHOUSE AVE
SPARKS, NV 89431

RHE TRUST
PO BOX 2876
RENO, NV 89505

RHE TRUST, ROGER ELTON TRUSTEE
PO BOX 2876
RENO, NV 89505

ROHDE & SCHWARZ GMBH & CO
KG MUHDORFSTRABE 15 81671
MUNICH GERMANY

ROMERO, GLORIA
2901 JULIANN WAY
RENO, NV 89509

ROMERO, MARCO
14295 CABALLERO COURT
RENO, NV 89511

ROWE, JOHN AND VALERIE
300 CENTRAL PARK WEST
APT. 29G
NEW YORK, NY 10024

RUNGE, JAMES
10 APPALOOSA CIRCLE
RENO, NV 89508

S MAJUMDAR & CO PATENT & TRADEMARK
ATTORNEYS
5 HARISH
MUKHERJEE KOLKATA 700025 INDIA

SAINT ISLAND INTERNATION PATENT
& LAW OFFICE
7TH FLOOR NO 248 SECTION 3
NANKING EAST ROAD TAIPEI 105-95 TAIWAN

SASKEN COMM TECH FIN
PO BOX 29
FIN 69601 KAUSTINEN FINLAND

SCANTOOL.NET LLC
11048 N. 23RD AVE STE 101
PHOENIX, AZ 85029

SCHROEDER, D.
11660 NIGHT HERON DR.
NAPLES, FL 34119

SCHROEDER, DENNIS
11660 NIGHT HERON DRIVE
NAPLES, FL 34119

SCHROEDER, DENNIS AND JUDTIH
11660 NIGHT HERON DRIVE
NAPLES, FL 34119

SCHROEDER, DOUGLAS
5012 RIDGE ROAD
MINNEAPOLIS, MN 55436

SCHROEDER, JOHN
641 PINE COURT
NAPLES, FL 34102

SCHROEDER, JUDITH
11660 NIGHT HERON DRIVE
NAPLES, FL 34119

SCHROEDER, LAUREN
320 FAIRFIELD DR.
STATE COLLEGE, PA 16801

SCHROEDER, LINDSAY
3720 SCOTT STREET
#204
SAN FRANCISCO, CA 94123

SCHROEDER, LISA
320 FAIRFIELD DR.
STATE COLLEGE, PA 16801

SCHROEDER, M.
600 FIFTH AVENUE SOUTH
STE 210
NAPLES, FL 34102

SCHROEDER, MICHAEL TRUSTEE OF THE
MICHAEL SCHROEDER TRUST UAD 3/6/09
641 PINE CT.
NAPLES, FL 34102

SCHROEDER, STEVEN
403-33RD AVE. NORTH
MYRTLE BEACH, SC 29577

SEGI EXHIBITION & EVENT ROOM
1416 BLOCK A
WANDA PLAZA PUDONG
SHANGHAI PRC

SEQUANS COMMUNICATIONS 1-55 BLVD
CHARLES DE GAULLE 927 COLOMBES, FRANCE

SGJ& CO CHARTERED ACCOUNTANTS
B-407 (IV), 4TH FL PRANIK CHAMBERS OFF.
SAKINAKA JUNCTION, SAKI VIHAR ROAD
ANDHERI EAST MUMBAI 400072 INDIA

SILVA, GREG AND JILL
1603 TAOS LANE
RENO, NV 89511

SMARTCAR, INC.
1001 N. RENGSTORFF AVE
STE 200
MOUNTAIN VIEW, CA 94043

SPOKOWSKI, WALTER
PO BOX 2427
EAST FALMOUTH, MA 02536

STEVE OLSON
5398 SANTA LUPE AVENUE
SPARKS, NV 89436

STEVENS, GREGORY
10033 LAKE MIONA WAY
OXFORD, FL 34484

STORMSURGE PARTNERS LLC
660 GLENCOE ROAD
EXCELSIOR, MN 55331

SUBODH SAXENA
1305-6 SEVILLA
RAHJA EXOCTICA MADH ISLAND
MUMBAI 400061 INDIA

TAVORMINA, JOSEPH
ADDRESS UNKNOWN

```
THE GOLDIE GROUP
A DIVISION OF ELECTRONICS RENEWAL
1150 ANTIOCH PIKE
NASHVILLE, TN 37211

THE LAW OFFICES OF CHARLES R. ZEH
50 WEST LIBERTY STREET
SUITE 950
RENO, NV 89501

THIEWES, DANIEL
2740 FOUNTAIN VIEW CIRCLE
#207
NAPLES, FL 34109

THIEWES, LYNN
9916 BOCA CIRCLE
NAPLES, FL 34109

VAGUJHELYI, GEORGE
6833 OAK GRASS COURT
RENO, NV 89511

VERPAELE, T.
ADDRESS UNKNOWN

VLASEK, CHRISTOPHER
1755 BACK NINE TRAIL
RENO, NV 89523

WASHOE COUNTY TREASURER
P O BOX 30039
RENO, NV 89520-3039

WATTS GLOBAL LLC
555 WORTH AVENUE
APT #407
PALM BEACH, FL 33480

WATTS, BRUCE
781 CRANDON BLVD
UNIT 105
KEY BISCAYNE, FL 33149

WATTS, SUSAN
555 WORTH AVENUE
APT #407
PALM BEACH, FL 33480

WEATHERFIELD, T.
1630 LEES LANE
AUBURN, CA 95603
```

```
WIERSMA, DEREK
38859 SUMMIT ROCK LANE
MURRIETA, CA 92563

WIERSMA, DEREK TRUSTEE OF THE WIERSMA
FAMILY REVOCABLE TRUST
38859 SUMMIT ROCK LANE
MURRIETA, CA 92563

WILDE, STEVE
127 MACKLIN DRIVE
COTATI, CA 94931

WILLIAM PETERSON, ESQ.
NATHAN KANUTE, ESQ.
SNELL & WILMER LLP
50 WEST LIBERTY, STE 510
RENO, NV 89501

WOLF, F.
7680 SOFT WINDS DRIVE
RENO, NV 89506

WOLF, FORREST AND ROBIN
ADDRESS UNKNOWN

WOODMAN, D.
233 MOCKINGBIRD TRAIL
PALM BEACH, FL 33480

WOODMAN, DEAN
233 MOCKINGBIRD TRAIL
PALM BEACH, FL 33480

ZEUISIP ADVOCATES C-4
JANGPURA ESTENSION
NEW DELHI- 110 014 110014 INDIA
```

# United States Bankruptcy Court
### District of Nevada

In re  **AIRWIRE TECHNOLOGIES** _____

Debtor(s)

Case No. _____

Chapter  **11** _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **AIRWIRE TECHNOLOGIES**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**April 24, 2021** _____
Date

**/s/ STEPHEN R. HARRIS** _____
**STEPHEN R. HARRIS**
Signature of Attorney or Litigant
Counsel for  **AIRWIRE TECHNOLOGIES** _____
**HARRIS LAW PRACTICE LLC**
**6151 LAKESIDE DRIVE**
**SUITE 2100**
**Reno, NV 89511**
**775-786-7600 Fax:775-786-7764**
**steve@harrislawreno.com**

## United States Bankruptcy Court
### District of Nevada

In re __AIRWIRE TECHNOLOGIES__                  Case No. _____

                                            Debtor(s)        Chapter __11__

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **DEBASHIS BAGCHI**, declare under penalty of perjury that I am the **PRESIDENT** of **AIRWIRE TECHNOLOGIES**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the **23RD** day of **April**, 20**21** .

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **DEBASHIS BAGCHI**, **PRESIDENT** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **DEBASHIS BAGCHI**, **PRESIDENT** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **DEBASHIS BAGCHI**, **PRESIDENT** of this Corporation is authorized and directed to employ **STEPHEN R. HARRIS**, attorney and the law firm of **HARRIS LAW PRACTICE LLC** to represent the corporation in such bankruptcy case."

Date __April 23, 2021__                  Signed  /s/ Debashis Bagchi _____

                                                    **DEBASHIS BAGCHI**

Resolution of Board of Directors
of
**AIRWIRE TECHNOLOGIES**


Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **11** of Title 11 of the United States Code;

Be It Therefore Resolved, that **DEBASHIS BAGCHI**, **PRESIDENT** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **DEBASHIS BAGCHI**, **PRESIDENT**  of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **DEBASHIS BAGCHI**, **PRESIDENT** of this Corporation is authorized and directed to employ **STEPHEN R. HARRIS**, attorney and the law firm of **HARRIS LAW PRACTICE LLC** to represent the corporation in such bankruptcy case.

Date  **April 23, 2021**                           Signed   **/s/ Debashis Bagchi**
_____                    _____


Date  **April 23, 2021**                           Signed
_____                    _____