_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
February 03, 2022

---

Nicholas Strozza, Assistant United States Trustee
State Bar #CA 117234
Cameron M. Gulden, Trial Attorney
State Bar #MN 310931
UNITED STATES DEPARTMENT OF JUSTICE
Office of the United States Trustee
300 Booth Street, Room 3009
Reno, NV  89509
Telephone: (775) 784-5335
Fax: (775) 784-5531
E-mail: *cameron.m.gulden@usdoj.gov*

Attorneys for the United States Trustee for Region 17
TRACY HOPE DAVIS

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>AIRWIRE TECHNOLOGIES,<br><br>                              Debtor. | Case No: 21-50314-mkn<br><br>Chapter 11<br><br>Date:   January 12, 2022<br>Time:  9:30 a.m.<br>Place: Via Teleconference |

**ORDER GRANTING MOTION OF THE UNITED STATES TRUSTEE, PURSUANT TO 11 U.S.C. § 1112(b) AND FEDERAL RULES OF BANKRUPTCY PROCEDURE 1017(f) AND 9014, TO DISMISS OR CONVERT CHAPTER 11 CASE**

The *Motion of the United States Trustee, Pursuant to 11 U.S.C. § 1112(b) and Federal Rules of Bankruptcy Procedure 1017(f) and 9014, to Dismiss or Convert Chapter 11 Case*, filed by Tracy Hope Davis, the United States Trustee for Region 17, came on for hearing after proper

notice at the above-stated date and time. ECF No. 44. The Debtor filed an opposition, ECF No. 53, and the United States Trustee filed a reply. ECF No. 54. Cameron M. Gulden appeared on behalf of the United States Trustee; Steven R. Harris appeared on behalf of the Debtor; and Nathan G. Kanute appeared on behalf of the Roger H. Elton Trust. Debashis Bagchi, the Debtor's president, also appeared. The Court having reviewed the Motion, considered the arguments of the United States Trustee, and for the reasons recited on the record:

IT IS HEREBY ORDERED that the United States Trustee's Motion is granted; and

IT IS HEREBY FURTHER ORDERED that the above-captioned case is dismissed.

Respectfully submitted,
TRACY HOPE DAVIS
UNITED STATES TRUSTEE

By: /s/ Cameron M. Gulden
    Cameron M. Gulden
    Attorney for the United States Trustee

###

**LOCAL RULE 9021 CERTIFICATION**

In accordance with LR 9021, the Attorney submitting this document certifies as follows:

____    The court has waived the requirement set forth in LR 9021(b)(1).

____    No party appeared at the hearing or filed an objection to the motion.

  X     I have delivered a copy of this proposed order to all Attorneys who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

| Steven R. Harris, Attorney for Debtor | Signature Waived |
| Nathan G. Kanute, Attorney for Creditor | Signature Waived |

____    I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 2, 2022

　　　　　　　　　　　　　　　　　　　　　*/s/ Cameron M. Gulden*
　　　　　　　　　　　　　　　　　　　　　Cameron M. Gulden
　　　　　　　　　　　　　　　　　　　　　Attorney for the United States Trustee

-3-